THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES W. JANNICKY, Appellant, *v.* WARDEN OF THE CITY PRISON IN THE BOROUGH OF BROOKLYN, Respondent.

(Argued January 12, 1931; decided February 10, 1931.)

*Peter P. Smith, Max Herzfeld* and *Dominic B. Griffin* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.  Not sitting: LEHMAN, J.